```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 08-22450-CIV-SEITZ
                                    MAGISTRATE JUDGE P. A. WHITE

JOSE E. PEREZ MORALES,          :

     Plaintiff,                 :

v.                              :
                                             REPORT OF
FEDERAL BUREAU OF PRISONS, ET AL., :     MAGISTRATE JUDGE

     Defendants.                :
```

The plaintiff in this case has filed a <u>Bivens</u> complaint [DE# 1] and amended complaint [DE# 6].

The claims in the amended complaint were confusing and did not clearly explain how each individual defendant violated the plaintiff's constitutional rights. Upon this Court's review of the amended complaint, the plaintiff was ordered to file a new amended complaint which clearly outlined his claims against each new defendant. [DE# 12]. The plaintiff was encouraged to voluntarily withdraw the claims in the original complaint concerning placement in the RDAP so he could re-file the claims in a civil rights action following the resolution of his habeas corpus petition. The plaintiff was informed that if he chose not to do so, the claims in the original complaint would be stayed, and the Court would determine whether any claims of retaliation could proceed after the plaintiff submitted a new amended complaint to cure the deficiencies noted above. The plaintiff was ordered to amend his complaint on or before December 19, 2008. [<u>Id.</u>]. The plaintiff failed to comply with the Court's Order. In light of the plaintiff's <u>pro se</u> status he was permitted one extension of time to file the amended complaint on or before January 30, 2009. [DE# 15].

The plaintiff was cautioned that failure to file the required amended complaint might result in dismissal of the case, without prejudice. When the plaintiff failed to comply with the Court's Order, a Report was issued on February 9, 2009 recommending the case be dismissed. [DE# 16].  The Honorable Patricia A. Seitz adopted the recommendation of the Report and closed the case. [DE# 17].

Subsequently, the plaintiff filed a motion to reopen the case, asserting that he did not receive pleadings in this matter between November 26, 2008 and April 1, 2009. [DE# 18].  On April 17, 2009 Judge Seitz granted the motion to reopen the case, and ordered the plaintiff to file a Second Amended Complaint no later than June 1, 2009. [DE# 19].  The plaintiff has not complied with this Order. On June 15, 2009 the plaintiff submitted a copy of a letter he wrote to the BOP's counsel at the Southeast Regional Office [DE# 21] but he has not filed the ordered Second Amended Complaint nor has he moved for an extension of time.

It appears that the plaintiff no longer desires to litigate this case.  It is therefore recommended that this case be dismissed without prejudice for failure to prosecute.

Objections to this Report may be filed within 10 days after receipt.

It is so recommended at Miami, Florida this 20thday of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

```
cc:   Jose E. Perez Morales, Pro Se
      No. 76218-004
      CI McRae
      Correctional Institution
      P.O. Drawer 30
      McRae, GA 31055
```