UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-22450-CIV-SEITZ/WHITE

JOSE PEREZ MORALES

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND CLOSING CASE

THIS MATTER is before the Court upon the Report and Recommendation [DE-22] of the Honorable Patrick A. White, United States Magistrate Judge, recommending that this case be dismissed for lack of prosecution. On November 26, 2008, Judge White entered an Order [DE-12] requiring Plaintiff to file a second amended complaint after finding that the claims in Plaintiff's amended complaint were "confusing and do not clearly explain how each individual defendant violated the plaintiff's constitutional rights." On March 5, 2009, this Court entered an Order [DE-17] dismissing this case based on Plaintiff's failure to respond to Judge White's Order.

However, on April 17, 2009, the Court granted Plaintiff's motion to reopen the case when Plaintiff asserted that he did not receive pleadings in this matter between November 26, 2008 and April 1, 2009 [DE-19]. In doing so, the Court gave Plaintiff until June 1, 2009 to file a Second Amended Complaint, directing Plaintiff to name as defendants those individuals responsible for any direct civil rights violations and to describe with as much detail as possible the actions of those defendants. The June 1, 2009 deadline expired without the filing of a Second Amended Complaint.

Instead, on June 12, 2009, Plaintiff filed a copy of a letter he sent in another matter to a supervisory attorney from the United States Department of Justice [DE-21]. On July 21, 2009, seven weeks after the deadline for Plaintiff to file a Second Complaint had passed, Judge White entered a second Report and Recommendation, currently before the Court, recommending that the case be dismissed for lack of prosecution. While Plaintiff has filed a "Motion To Amend Judgment" [DE-23], a "Motion Under Rule 15" [DE-25] and a "Notification of Abuse of Power" [DE-26] that could be construed as amended complaints, none of the documents comply with the Orders from this Court and Judge White requiring the Plaintiff to make his claims less confusing by identifying each defendant separately and detailing the facts that demonstrate how each defendant violated Plaintiff's constitutional rights. As a result, it is hereby

ORDERED THAT

(1) The Report and Recommendation of Magistrate Judge Patrick A. White [DE-22] is AFFIRMED and ADOPTED;

(2) Plaintiff's Complaint [DE-1] is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute the action.

(3) Any motions not otherwise ruled upon are DENIED AS MOOT and this case is CLOSED.

DONE and ORDERED in Miami, Florida, this __13th__ day of April, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge White
Counsel of Record/*Pro Se* Parties